1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10                                    )  No. CR. S-97-381 FCD
11  UNITED STATES OF AMERICA,         )
                                      )  STIPULATION AND ORDER DIRECTING
12              Plaintiff,            )  PREPARATION OF UPDATED
                                      )  PRESENTENCE INVESTIGATION
13          v.                        )  REPORT AND SETTING RELATED
                                      )  DATES
14  BRYAN JAMES EPIS,                 )
                                      )  Date:  August 1, 2005
15              Defendant.            )  Time:  9:30 p.m.
    _____   )  Court:  Hon. Frank C. Damrell
16

17      Whereas, the plaintiff United States of America and

18  defendant Bryan James Epis believe that an updated Presentence

19  Investigation Report ("PSR") would be helpful to both the Court

20  and the parties in connection with the re-sentencing of Epis; and

21      Whereas, the parties desire an extended briefing schedule to

22  allow for the adequate treatment of the legal and factual issues

23  involved in re-sentencing Epis, and to accommodate the work

24  schedules of the respective attorneys for the parties,

25      It is hereby stipulated and agreed by the parties, through

26  their respective attorneys, with consultation with United States

27  Probation Officer Dayna Ward and Courtroom Deputy Clerk Maureen

28  Price, and subject to the approval of the Court that:

                                1

1.   The presently set briefing schedule for the filing of memoranda related to the resentencing of Epis and the August 1, 2005, judgment and resentencing date be vacated;

2.   The Court direct the United States Probation Office to prepare an updated PSR on Epis by August 29, 2005;

3.   Any informal objections to the updated PSR shall be made by September 12, 2005;

4.   The Probation Office shall provide to the Court and the parties its final updated PSR by September 19, 2005;

5.   The parties shall file any sentencing memoranda and formal objections to the updated PSR by October 17, 2005;

6.   The parties shall file any reply sentencing memoranda and responses to the opposing party's formal objections to the updated PSR by November 14, 2005; and

7.   The Court shall hold a non-evidentiary status hearing on the resentencing of Epis on November 28, 2005, at 9:30 a.m.. In the event that the Court determines that an evidentiary hearing is necessary, an evidentiary hearing for a later date shall be set at that hearing.  In the event that the Court determines that an evidentiary hearing is not necessary to properly resentence Epis, the Court shall proceed to judgment and resentencing at the November 28, 2005, hearing.

Dated:  July 20, 2005                    McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Samuel Wong

                              By:        _____
                                         SAMUEL WONG
                                         Assistant U.S. Attorney

1

2  Dated:  July 20, 2005

/s/  Brenda Grantland
_____
BRENDA GRANTLAND
Attorney for defendant
Bryan James Epis

3

4

5

6

_____

7                                ORDER

8       The Court having received, read, and considered the above

9  stipulation of the parties, and good cause appearing therefrom,

10      The Court hereby adopts the stipulation of the parties in

11  its entirety as its order.

12      It is so ORDERED.

13

14  Dated: July 21, 2005

15                                /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL JR.
16                                United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                3