McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRYAN JAMES EPIS,<br><br>                    Defendant. | No. CR. S-97-381 FCD<br><br>SECOND STIPULATION AND ORDER<br>CONTINUING BRIEFING SCHEDULE<br>AND RESETTING HEARING DATE ON<br>THE UNITED STATES' DESTRUCTION<br>OF EVIDENCE SEIZED FROM<br>DEFENDANT<br><br>Date:  February 6, 2006<br>Time:  9:30 p.m.<br>Court:  Hon. Frank C. Damrell |

Whereas, by previous stipulation and order filed on December 20, 2005, the Court set the following schedule for the submission of papers and a hearing in connection with the United States' destruction of evidence seized from defendant Bryan Epis' residence:

1.   Submission from the United States due by January 9, 2005;

2.   Defendant's response due by January 23, 2006; and

3.   Status Conference set for February 6, 2006, at 9:30 a.m., at which time the Court would determine whether

1

1    to set an evidentiary hearing for a later date.

2    Whereas, the United States requests a additional continuance

3    of the dates described above for the following reasons.  The

4    undersigned prosecutor has been informed that one of the prior

5    evidence custodians for the Butte County Sheriff's Department who

6    handled some of the evidence in the Bryan Epis cases has retired.

7    The present evidence custodian is on leave until January 9, 2005,

8    and that evidence custodian will need at least one week or more

9    after he returns to work to investigate and provide written

10   reports on what happened to the evidence in the 1994 and 1997

11   investigations of Bryan Epis.  January 16, 2006, will be observed

12   as Martin Luther King Day, a holiday.  The response from the

13   Butte County Sheriff's Department may cause the prosecutor to

14   make additional inquiries to the evidence custodian, and that

15   additional investigation will take additional time.

16   It is hereby stipulated and agreed by the parties, through

17   their respective attorneys, and subject to the approval of the

18   Court that:

19       1.   The dates described above are hereby vacated;

20       2.   The United States' submission shall be due by January

21            30, 2006;

22       3.   Epis' response shall be due by February 20, 2006; and

23   ///

24   ///

25   ///

26

2

1    4.    The Court shall hold a non-evidentiary status hearing

2          on the United States' destruction of evidence seized

3          from Epis' residence on February 27, 2006, at 9:30 a.m.

4          In the event that the Court determines that an

5          evidentiary hearing is necessary, an evidentiary

6          hearing for a later date shall be set at that hearing.

7

8    Dated:   January 9, 2006              McGREGOR W. SCOTT
                                           United States Attorney
9
                                           /s/ Samuel Wong
10                              By:        _____
                                           SAMUEL WONG
11                                         Assistant U.S. Attorney

12

13                                         /s/ Brenda Grantland
     Dated:   January 9, 2006              _____
14                                         BRENDA GRANTLAND
                                           Attorney for defendant
15                                         Bryan James Epis (per email
                                           authorization on 1/9/06)
16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

ORDER

The Court having received, read, and considered the above stipulation of the parties, and good cause appearing therefrom,

The Court hereby adopts the stipulation of the parties in its entirety as its order.

It is so ORDERED.


Dated: January 12, 2006


                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge

4