1  BRENDA GRANTLAND, ESQ.
   California Bar # 165899
2  20 Sunnyside Suite A-204
   Mill Valley, CA 94941
3  415/380-9108 - telephone

4  Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>BRYAN EPIS,<br><br>   Defendant. | Dist. Ct.# CRS-97-381-FCD<br><br>STIPULATION AND ORDER<br>CONTINUING DEADLINE<br>AND NEXT HEARING DATE<br><br>DATE: February 27, 2006 9:30 a.m.<br>COURT: Honorable Frank C. Damrell |

   IT IS HEREBY STIPULATED AND REQUESTED between plaintiff United States of America and Defendant Bryan Epis, through their undersigned counsel, that the schedule in this case be modified as follows:

   (1) At Defendant's request, the deadline for filing the defense response to the government's submissions on the destruction of evidence is extended to March 5, 2006.

   (2) The non-evidentiary status hearing on the destruction of evidence issue is reset for March 20, 2006 at 9:30 a.m.

   **SO STIPULATED.**


Dated:   February 17, 2006              /s/ Brenda Grantland, Esq.
                                        BRENDA GRANTLAND, ESQ.
                                        Attorney for Bryan Epis


Dated:   February 17, 2006              /s/ AUSA Samuel Wong, Esq.
                                        AUSA SAMUEL WONG, ESQ.
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        United States of America

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The defense shall have until March 5, 2006 to file a response to the government's submission on the destruction of evidence issues.

2. The Court will conduct a non-evidentiary status hearing on the destruction of evidence issue on March 20, 2006 at 9:30 a.m.

Dated: February 21, 2006

/s/ Frank C. Damrell Jr.
THE HONORABLE FRANK DAMRELL
U.S. District Court Judge

2