McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRYAN JAMES EPIS,<br><br>          Defendant. | No. CR. S-97-381 FCD<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE ON THE UNITED STATES' DESTRUCTION OF EVIDENCE SEIZED FROM DEFENDANT, AND SETTING BRIEFING SCHEDULE ON THE UNITED STATES' MOTION FOR: (1) RECONSIDERATION OF COURT ORDER TO ALLOW DEPOSITIONS; AND (2) AN ORDER TO PRECLUDE THE ISSUANCE OF SUBPOENAS ON THE ISSUE OF THE DESTRUCTION OF EVIDENCE SEIZED FROM DEFENDANT<br><br>Date:  March 27, 2006<br>Time:  9:30 a.m.<br>Court: Hon. Frank C. Damrell |

     Whereas, there is a non-evidentiary hearing presently set on March 27, 2006, on law enforcement's destruction of evidence seized from defendant Bryan James Epis;

     Whereas, plaintiff United States of America intends to file a motion seeking reconsideration of any court order allowing Epis to take the depositions of any witness who has knowledge of law enforcement's destruction of evidence seized from Epis, and also to preclude the issuance of subpoenas or, in the alternative, to

1

1 quash any subpoenas that are issued, for information on the
2 destruction of evidence seized; and
3     Whereas, the parties desire to continue the presently set
4 March 27, 2006, hearing and consolidate it with hearing on the
5 United States' motion,
6     It is hereby stipulated by and between the parties, through
7 their respective counsel, that:
8     1.    The United States shall file its motion by March 27,
9         2006;
10    2.    Defendant's response shall be due by April 19, 2006;
11    3.    The United States shall file its reply, if any, by May
12        3, 2006;
13    4.    The hearing presently set for March 27, 2006, shall be
14        continued to May 22, 2006, at 9:30 a.m., at which time
15        the Court will also conduct the hearing on the United
16        States' motion.  In the event that the Court determines
17        that an evidentiary hearing is necessary, an
18        evidentiary hearing for a later date shall be set at
19        that May 22, 2006, hearing.
20
21 Dated: March 24, 2006            McGREGOR W. SCOTT
                                    United States Attorney
22
                                      /s/ Samuel Wong
23                           By: _____
                                    SAMUEL WONG
24                                     Assistant U.S. Attorney
25
                                    /s/ Brenda Grantland
26 Dated: March 24, 2006            _____
                                    BRENDA GRANTLAND
27                                     Attorney for defendant
                                    Bryan James Epis (per email
28                                     authorization on 3/24/06)

<u>ORDER</u>

The Court having received, read, and considered the above stipulation of the parties, and good cause appearing therefrom,

The Court hereby adopts the stipulation of the parties in its entirety as its order.

It is so ORDERED.

Dated: March 27, 2006

<u>/s/ Frank C. Damrell Jr.</u>
FRANK C. DAMRELL JR.
United States District Judge