McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>BRYAN JAMES EPIS,<br><br>            Defendant. | No. CR. S-97-381 FCD<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE AND SETTING SENTENCING EVIDENTIARY HEARING<br><br>Date:  October 23, 2006<br>Time:  9:30 p.m.<br>Court:  Hon. Frank C. Damrell |

Whereas, the Court previously ruled that defendant Bryan James Epis is disqualified from safety valve sentencing because his drug offense convictions involved violations of, inter alia, 21 U.S.C. § 860 and occurred within 1,000 feet of a school;

Whereas, there is currently a status conference set for October 23, 2006, to schedule an sentencing evidentiary hearing for the parties to present evidence on whether Epis would be otherwise qualified or disqualified from safety valve sentencing under 18 U.S.C. § 3353(f); and

Whereas, the United States represents that necessary prosecution witness United States Drug Enforcement Administration Special Agent Ronald Mancini suffered serious injuries as a result of a multiple rollover automobile accident.  Agent Mancini has advised that he has had to relocate from the southwest to the east coast of the United States to obtain specialized treatment, including physical therapy up to three times per week, and that he is taking prescription medication that affects his ability to testify at this time.  Agent Mancini anticipates that he will be

available to testify in January 2007.

It is hereby stipulated and agreed by the parties, through their respective attorneys, and subject to the approval of the Court that:

1. The presently set October 23, 2006, at 9:30 a.m., status conference shall be vacated;

2. The Court set a sentencing evidentiary hearing on January 26, 2007, at 9:30 a.m., for the parties to present evidence on whether Epis is otherwise qualified or disqualified from safety valve sentencing under 18 U.S.C. § 3353(f);

3. The deadline for the United States' brief regarding Epis' safety valve debriefing shall be extended to January 12, 2007.

Dated: October 18, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: October 18, 2006

/s/ Brenda Grantland
BRENDA GRANTLAND
Attorney for defendant
Bryan James Epis

## ORDER

The Court having received, read, and considered the above stipulation of the parties, and good cause appearing therefrom,

The Court hereby adopts the stipulation of the parties in its entirety as its order.

It is so ORDERED.

Dated: October 24, 2006

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
United States District Judge