```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRYAN JAMES EPIS,<br><br>            Defendant. | No. CR. S-97-0381 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>EVIDENTIARY HEARING<br><br>Date:  January 26, 2007<br>Time:  9:30 a.m.<br>Court:  Hon. Frank C. Damrell Jr. |

It is hereby stipulated and agreed by the parties, through their respective attorneys, and subject to the approval of the Court, that:

    1.   The presently set January 26, 2007, at 9:30 a.m., sentencing evidentiary hearing for the parties to present evidence on whether Epis is otherwise qualified or disqualified from safety valve sentencing under 18 U.S.C. § 3353(f) shall be continued to February 23, 2007, at 9:30 a.m., at the request of counsel for defendant Bryan Epis due to her unexpected calendar conflicts; and

///

///

1

1      2.   The deadline for the United States' brief regarding
2 Epis' safety valve debriefing shall be extended to February 9,
3 2007.

4 Dated:  January 12, 2007            McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Samuel Wong
6                               By:   _____
                                      SAMUEL WONG
7                                     Assistant U.S. Attorney

                                      /s/  Brenda Grantland
9 Dated:  January 12, 2007            _____
                                      BRENDA GRANTLAND
10                                    Attorney for defendant
                                      Bryan James Epis

13                                ORDER
14    The Court having received, read, and considered the above
15 stipulation of the parties, and good cause appearing therefrom,
16    The Court hereby adopts the stipulation of the parties in
17 its entirety as its order.
18    **IT IS SO ORDERED.**
19 Dated: January 12, 2007

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

2