BRENDA GRANTLAND, ESQ.
California Bar # 165899
20 Sunnyside Suite A-204
Mill Valley, CA 94941
415/380-9108 - telephone

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>   v.<br><br>BRYAN EPIS,<br><br>        Defendant. | Dist. Ct.# CR S-97-0381-FCD<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE** |

IT IS HEREBY STIPULATED AND REQUESTED between plaintiff United States of America and Defendant Bryan Epis, through their undersigned counsel, that the hearing date for the continuation of the evidentiary hearing on the applicability of the safety valve is set for June 21, 2007 at 9:30 a.m.

**SO STIPULATED.**

Dated: April 24, 2007                                /s/ Brenda Grantland Esq.
                                                                 BRENDA GRANTLAND, ESQ.
                                                                 Attorney for Bryan Epis

Dated: April 24, 2007                                /s/ Samuel Wong Esq.
                                                                  AUSA SAMUEL WONG
                                                                  Assistant United States Attorney
                                                                  Attorney for Plaintiff
                                                                  United States of America

///

///

///

///

**IT IS HEREBY ORDERED AS FOLLOWS:**

The continuation of the evidentiary hearing on the applicability of the safety valve shall commence at 9:30 a.m. on June 21, 2007.

Dated: April 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2