McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br>                                     ) <br>            Plaintiff,               ) <br>                                     ) <br>      v.                             ) <br>                                     ) <br> BRYAN JAMES EPIS,                    ) <br>                                     ) <br>            Defendant.               ) <br> _____ ) | No. 2:97-cr-0381 FCD <br><br> STIPULATION AND ORDER RE: <br> DEFENDANT' MOTION FOR BAIL <br> PENDING APPEAL <br> AND VACATING BAIL MOTION <br> HEARING DATE <br><br> Court:  Hon. Frank C. Damrell |

Whereas, the Ninth Circuit's August 10, 2004, order of remand explained that it granted defendant Bryan James Epis' motion for bail pending appeal and directed that bail shall remain in effect pending the final resolution of the issues covered in the its amended order of remand,

It is hereby stipulated by and between plaintiff United States of America and Epis, through their respective counsel, that:

1.   This Court defer to the Ninth Circuit's August 10, 2004, order granting bail pending appeal and decline to rule on Epis' instant motion for bail pending appeal as this Court does not have authority to override the Ninth Circuit's

1

August 10, 2004, order.

    2.   The Court vacate the presently set October 22, 2007, at 10:00 a.m., hearing date on Epis' motion for bail pending appeal since that motion is moot.

DATED: October 19, 2007        McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

DATED: October 19, 2007        /s/ Brenda Grantland
BRENDA GRANTLAND
Attorney for defendant
Bryan James Epis

## ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom,

It is hereby ordered that this Court defers to the Ninth Circuit's August 10, 2004, order granting defendant Bryan James Epis' motion for bail pending appeal and directing that bail shall remain in effect pending the final resolution of the issues covered in the its amended order of remand. Accordingly, this Court declines to rule on Epis' instant motion for bail pending appeal and vacates the presently set October 22, 2007, hearing date on the motion.

IT IS SO ORDERED.

Dated: October 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE