BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>BRYAN JAMES EPIS,<br><br>           Defendant. | No. CR. S-97-381 FCD<br><br>PLAINTIFF'S REQUEST FOR A HEARING TO REMAND DEFENDANT INTO CUSTODY TO BEGIN COMPLETION OF HIS SENTENCE; **ORDER**<br><br>Court:  Hon. Frank C. Damrell |

Plaintiff United States of America respectfully requests that this Court set a hearing date as soon as possible to order the remand of defendant Bryan James Epis into custody to begin completion of his ten-year sentence of incarceration imposed by this Court upon re-sentencing on September 14, 2007.

As grounds for this request, the United States notes that Epis' efforts for appellate review have all been rejected in that:  (1) by a non-published opinion issued on August 11, 2009, the Ninth Circuit Court of Appeals affirmed Epis' convictions and sentence (see United States v. Epis, 332 Fed. Appx. 409, 2009 WL 2448234 (9th Cir. 2009)); (2) the Supreme Court denied Epis' petition for certiorari on January 19, 2010; and (3) the Ninth Circuit issued its mandate in this case on January 26, 2010.

1    Based on these facts, the United States respectfully
2 requests that the Court enter the proposed Order attached below.

4 Dated:   February 11, 2010              BENJAMIN B. WAGNER
                                          United States Attorney

6                                         /s/ Samuel Wong
                                    By:   _____
7                                         SAMUEL WONG
                                          Assistant U.S. Attorney

10                              **ORDER**

12    The Court having reviewed, read, and considered the request
13 of plaintiff United States of America for a hearing to order the
14 remand of defendant Bryan James Epis, and good cause appearing
15 therefrom,
16    It is ordered that the United States' request is hereby
17 GRANTED.  It is further ordered that Epis shall appear before
18 this Court on **February 22, 2010, at 10:00 a.m.**, so that he can be
19 remanded into custody for completion of the sentence of
20 incarceration previously imposed by this Court.

22 Dated:   February 12, 2010              [signature]
                                          _____
24                                         FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE