FILED
DEC 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Aug 12, 2010

The Honorable Frank C. Darnell, Jr.
Re: Sentencing of Bryan Epis, #97-381.

I'm writting to give the facts of my story with in hope of you gaining knowledge and understanding of Medical Marijuana use.

My 14 year old cousin was at his grandmother home for a family gathering and chose to walk home before to late to prepare for school the next day. Before walking 10 feet out of his grandmothers driveway he was shot seven times in the legs, stomach and arm. No one was found or charged for this crime and to this day there is no reason why. At 14 this child has never did drugs or drank any alchole beverage. He was put on several different medications and pain killers, which we all know can be very addictive which he beganse to become. He choose not to take any more pain killers and everyday was in unbareable pain he prayed for something to help him other than pain meds. At 17 he use Marijuana alone with his physical theraphy and never used a pain killer again. His arm was nearly blown off, months after being shoot buckshots was still comeing out of his stomach. He graduate High School, He works for a Major Company, Owns his home and is a wonderfull father. Marijuana is a Medicine if used properly.

Aug 12, 2010

Please take time to read and understand my letter and have Empathy for Bryan Epis. There should be a law that law agencies have educational training on Medical Marijuana Use. Bryan is not a threat to society, he is a father, a human being and he deserve to be that.