**John Balazs**
**Attorney At Law**
**916 2nd Street, Suite F**
**Sacramento, CA 95814**
**916-447-9299**
**John@Balazslaw.com**

February 25, 2011

**<u>Via ECF:</u>**
Hon. Gregory G. Hollows
U.S. Magistrate Judge

    Re: <u>U.S. v. Epis</u>, No. 97-CR-381-FCD GGH

Dear Judge Hollows:

    On January 17, 2011, defendant Bryan James Epis, through undersigned counsel, filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. On January 18, 2011, this action was referred to a magistrate judge and, on January 20, 2011, it was assigned to you. There has been no further action taken in this case.

    This letter is to request that the Court order the government to file an Answer to Epis's § 2255 motion. Thank you.

                                             Sincerely,


                                     <u>/s/ John Balazs</u>
                                     John Balazs

                                     Attorney for Movant
                                     Bryan James Epis

cc: Samuel Wong, AUSA (via ECF)