BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRYAN JAMES EPIS, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | No. No. CR S-97-0381 FCD GGH P <br><br> STIPULATION AND ORDER EXTENDING TIME FOR THE UNITED STATES TO RESPOND TO DEFENDANT'S 28 U.S.C. § 2255 MOTION <br><br> Court:  Hon. Gregory Hollows |

Whereas, the Court has previously ordered that the United States shall file an answer to defendant Bryan James Epis' motion filed under 28 U.S.C. § 2255 by April 22, 2011;

Whereas, the United States Attorney's litigation file and materials in this case are extremely voluminous and encompass over 24 linear feet of file space in this litigation that spans approximately fourteen years;

Whereas, the United States desires a lengthy extension of time to respond to Epis' § 2255 motion as the issues raised in his motion are complex and require much legal and factual research and investigation to prepare the United States'

1

```
 1  response,
 2       It is hereby stipulated and agreed, by and between the
 3  parties, through their respective counsel, that:
 4           1.   The United States shall have until July 15, 2011,
 5       to file its response to Epis' § 2255 motion; and
 6           2.   Epis shall have until September 15, 2011, to file
 7       his reply, if any, in support of his motion.
 8  Dated:  April 21, 2011              /s/ John Balazs
 9                                      _____
                                        JOHN BALAZS
                                        Attorney for Defendant
10                                      Bryan James Epis
                                        (per email authorization)
11
12  Dated:  April 21, 2011              BENJAMIN B. WAGNER
                                        United States Attorney
13
                                            /s/ Samuel Wong
14                                      By: _____
                                        SAMUEL WONG
15                                      Assistant U.S. Attorney
```

2

**ORDER**

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders that:

        1. The United States shall have until July 15, 2011, to file its response to Epis' § 2255 motion; and

        2. Epis shall have until September 15, 2011, to file his reply, if any, in support of his motion.

    IT IS SO ORDERED.

Dated: April 22, 2011        /S/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge