BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-97-0381 FCD GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | EXTENDING TIME FOR THE UNITED STATES TO RESPOND TO |
| ) | DEFENDANT'S 28 U.S.C. § 2255 |
| BRYAN JAMES EPIS, ) | MOTION |
| Defendant. ) | |
| ) | |
| _____) | Court:  Hon. Gregory Hollows |

Whereas, the Court has previously ordered that the United States shall file a response to defendant Bryan James Epis' motion filed under 28 U.S.C. § 2255 by July 15, 2011;

Whereas, the United States Attorney's litigation file and materials in this case are extremely voluminous and encompass over 24 linear feet of file space in this litigation that spans approximately fourteen years;

Whereas, the United States desires an additional extension of time to respond to Epis' § 2255 motion as the issues raised in his motion are complex and require much legal and factual research and investigation to prepare the United States'

1

response,

It is hereby stipulated and agreed, by and between the parties, through their respective counsel, that:

1. The United States shall have until August 15, 2011, to file its response to the non-ineffective assistance of counsel related claims contained in Epis' § 2255 motion.

2. With respect to Epis' ineffective assistance of counsel claims contained in his § 2255 motion, Epis has waived the attorney-client privilege with respect to matters in which he claims that his attorney was ineffective.

3. The Court shall grant the United States leave of Court to take discovery, pursuant to § 2255 Rules, Rule 6, on the issues relating to Epis' allegations that his trial counsel was ineffective.

4. The due date for the United States' response to defendant Epis' ineffective assistance of counsel claims contained in his § 2255 motion shall be thirty days after the completion of discovery and/or receipt of all deposition transcripts, whichever is later; both parties reserve the right to seek a modification of this stipulation to the extent that discovery disputes arise.

///
///
///

1        5.  Epis shall have thirty days after the filing of
2   the United States' final response to Epis' § 2255 motion, to
3   file his reply, if any, in support of his motion.

Dated:  July 27, 2011                /s/ John Balazs
                                     _____
                                     JOHN BALAZS
                                     Attorney for Defendant
                                     Bryan James Epis
                                     (per email authorization)

Dated:  July 27, 2011                BENJAMIN B. WAGNER
                                     United States Attorney

                                            /s/ Samuel Wong
                                     By:  _____
                                     SAMUEL WONG
                                     Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  August 2, 2011               /s/ Gregory G. Hollows
                                     _____
                                     GREGORY G. HOLLOWS
                                     United States Magistrate Judge