IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | 2:97-CR-0381 GEB GGH P |
| | ) | |
| vs. | ) | |
| | ) | |
| BRYAN JAMES EPIS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | ORDER |
| _____ / | | |

The court desires to make the deadlines more precise in this case. Therefore, the parties shall meet and confer and determine precise dates for the following events:

      1.  Discovery cutoff;

      2.  Epis' reply date to respond to the government's opposition to non-ineffective assistance of counsel issues;

      3.  Pre-hearing (pretrial) for an evidentiary hearing, or in the alternative, final argument as to all outstanding issues on the merits;

      4.  Evidentiary Hearing (if appropriate).

1

1    The parties shall confer with the undersigned's deputy courtroom clerk to finalize

2  any agreed upon dates.

3  DATED: October 13, 2011

4                                    /s/ Gregory G. Hollows

5                                    UNITED STATES MAGISTRATE JUDGE

6  epissched

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26