IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-S-97-0381 GEB GGH |
| vs. | |
| BRYAN JAMES EPIS, | |
| Defendant | ORDER |
| _____/ | |

      There has been some confusion with respect to the pre-evidentiary hearing (pretrial) date initially set for April 6, 2012. The parties evidently believed that the date had been moved to May 15, 2012, which was the date set for the evidentiary hearing itself. To rectify the confusion: pre-evidentiary hearing date is set for May 15, 2012 at 9:00 a.m. The new evidentiary hearing date will be June 13, 2012 at 9:00 a.m. (subject to further discussion at the May 15 hearing).

DATED: April 24, 2012

                                    /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:035
Epis0381.reset

1