JOHN BALAZS
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BRYAN JAMES EPIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BRYAN JAMES EPIS,<br><br>        Defendant.<br>_____ | No. CR-S 97-381-GEB-GGH<br><br>**STIPULATION AND ORDER RE: PRE-EVIDENTIARY HEARING CONFERENCE**<br><br>Date: June 4, 2012<br>Time: 10:00 a.m.<br>Hon. Gregory G. Hollows |

    Defendant Bryan James Epis, through counsel John Balazs, and the United States, through counsel, Assistant U.S. Attorney Samuel Wong, hereby stipulate and request that the Court continue the pre-evidentiary hearing conference in this case from May 15, 2012 to June 4, 2012, at 10 a.m.

///

///

///

This stipulation is because both parties' counsel have scheduling conflicts with the current May 15 hearing date and need more time to resolve outstanding issues.

Respectfully submitted,

It is so stipulated.

Dated: May 11, 2012

/s/ John Balazs
John Balazs

Attorney for Defendant
BRYAN JAMES EPIS

BENJAMIN B. WAGNER
U.S. Attorney

Dated: May 11, 2012

By:   /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

## Order

If necessary at a later time to explain the delays in this case, the court observes that for the vast majority of time this § 2255 motion has been pending, it has not been that source. Nevertheless, as the parties have stipulated to the continued date, the court will approve such.

IT IS SO ORDERED.

Dated: May 14, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE